# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 11, 2019

## NO.  03-18-00587-CV

**Cielo Property Group, LLC; Robert Dillard, III; and Robert Gandy, IV, Appellants**

**v.**

**Branigan Mulcahy, Appellee**

### APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
### REVERSED AND REMANDED -- OPINION BY JUSTICE SMITH

This is an appeal from the interlocutory order signed by the trial court.  Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory order.  Therefore, the Court reverses the trial court's interlocutory order and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.